## EVANS v. WATT, Chief of Police.

No. 24021.    Sept 18, 1934.

Arthur Fitzpatrick, for plaintiff in error.
W. H. Brown and A. P. Van Meter, for defendant in error.

PER CURIAM. This proceeding was disposed of by the ruling and opinion rendered in the case of Moore v. City of Oklahoma City, 161 Okla. 205, 17 (2d) 953. The writ of habeas corpus is hereby denied.